IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| SCHLAM STONE & DOLAN LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:24-cv-1318 (RDA/LRV) |
| | ) | |
| TRG GLOBAL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on U.S. Magistrate Judge Lindsey R. Vaala's Report and Recommendation ("Report") (Dkt. 68) as well as Plaintiff's Motion for Default Judgment (Dkt. 65). Judge Vaala recommends that the Court grant Plaintiff's Motion and enter default on Count 2 of the Complaint. Dkt. 68. The deadline for submitting objections to the Report was May 26, 2026. To date, no objections have been filed.

After reviewing the record and Judge Vaala's Report, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Report (Dkt. 68). Accordingly, it is hereby ORDERED that Plaintiff's Motion (Dkt. 65) is GRANTED with respect to Count 2; and it is

FURTHER ORDERED that Plaintiffs' Motion for Default Judgment (Dkt. 12) is GRANTED; and it is

FURTHER ORDERED that default judgment is ENTERED in favor of Plaintiffs and against Defendants on Counts I and II and the Complaint; and it is

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

FURTHER ORDERED that Counts I is DISMISSED; and it is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to enter Rule 58 judgment in favor of Plaintiff Schlam Stone & Dolan LLP and against Defendant TRG Global Corporation for damages in the amounts of: (i) $128,080.96 in unpaid fees; (ii) $29,781.50 in accrued interest as of January 15, 2026, with an additional $31.58 in interest for each day thereafter until judgment is entered; and (iii) $67,762.23 in attorney's fees and costs.

IT IS SO ORDERED.

Alexandria, Virginia
June 2, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge

2